850

EMIL SUNDHEIMER v. THE TRAVELERS INSURANCE COMPANY.—

Present — Martin, P. J., Townley, Glennon, Untermyer, and Dore, JJ.

JEAN GOLDSTEIN et al. v. THOMAS E. MURRAY, as Receiver of the Interborough Rapid Transit Company.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FEHLHABER PILE CO., INC., v. B. TURECAMO CONTRACTING CO., INC.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of Proceedings of STELLA WECHSLER et al., as Executors of SIGMUND WECHSLER, Deceased. VIRGINIA W. FIELDS et al. IRVING TRUST COMPANY et al. (Seven consolidated appeals.)

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Estate of SIGMUND WECHSLER, Deceased. Application of STELLA WECHSLER for Payment of Income. STELLA WECHSLER; IRVING TRUST COMPANY, et al.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of ELIZABETH V. TALBOT against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ELIZABETH V. TALBOT against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CELIA MORRIS, Individually and as a Stockholder of MORTON COAL CO., INC., v. MORTON WORMSER et al.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOHN A. HORN v. FERNCLIFF CEMETERY MAUSOLEUM CO., INC.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MAX MISHKIN v. SAMUEL SILVERSTEIN et al., Impleaded with Others.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LONDON INVESTORS, LTD., v. THE BANK FOR SAVINGS IN THE CITY OF NEW YORK.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JAMES B. MARTIN et al. v. THE CITY OF NEW YORK, Impleaded with Others.

Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to grant the motion.